**P.A.B., Appellant,**

v.

**D.W.B., Respondent.**

**No. 35933.**

Missouri Court of Appeals,
Western District.

May 28, 1985.

William L. Orr, Columbia, for appellant.

Patrick J. Eng, Columbia, for respondent.

Before BERREY, P.J., and DIXON and KENNEDY, JJ.

PER CURIAM:

Appeal from order dissolving the marriage of the parties, dividing the marital property, and awarding custody of the one minor child.

Judgement affirmed.   Rule 84.16(b).

**Barney A. KARBANK, et al.,**
**Appellants,**

v.

**Lawrence D. HANS, et al.,**
**Respondents.**

**No. 35806.**

Missouri Court of Appeals,
Western District.

May 28, 1985.

